IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL BERMUDEZ, a single person,<br><br>Plaintiff,<br><br>vs.<br><br>CAR TOYS, INC., a corporation organized and operated under Washington state law,<br><br>Defendant. | NO. 2:11-CV-01216-MJP<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the plaintiff, RACHEL BERMUDEZ, and defendant, CAR TOYS, INC., and move for dismissal of this action with prejudice. Neither party is requesting an award of fees or costs.

DATED this 22 day of December, 2011.

CLINE & ASSOCIATES

By _____
Reba Weiss, WSBA #12876
Attorneys for Plaintiff

MOTION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

CLINE & ASSOCIATES
2003 WESTERN AVE., SUITE 550
SEATTLE, WA 98121
Ph: 206-838-8770 ♦ Fax: 206-838-8775

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

JACKSON LEWIS, LLP

By: /s/ David Black
David Black, WSBA #29183
Attorneys for Defendant

MOTION AND ORDER OF DISMISSAL WITH
PREJUDICE - 2

CLINE & ASSOCIATES
2003 WESTERN AVE., SUITE 550
SEATTLE, WA 98121
Ph: 206-838-8770 ◆ Fax: 206-838-8775

## ORDER

Upon a stipulated request to dismiss this action with prejudice and without fees or costs being requested by either side, the Court hereby dismisses this case with prejudice and without fees and costs awarded to either side.

Dated this _____ day of _____.

_____
Judge Marsha J. Pechman

Notice of Presentation Waived by:

CLINE & ASSOCIATES

By _____
Reba Weiss, WSBA #12876

Approved as to content and form and
Notice of Presentation Waived by:

JACKSON LEWIS, LLP

By _____
David Black, WSBA #29183